PROB 12B
(NYEP-5/17/06)

# United States District Court

for the

## Eastern District of New York

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Ronnie Johnson**  Case Number **2004-CR-0091**

Name of Sentencing Judicial Officer: **The Honorable Marilyn D. Go, U.S Magistrate Judge**

Date of Original Sentence: **June 4, 2004**

Original Offense: **Conspiracy to Steal Property used by the U.S. Postal Service, 18 U.S.C. 371**

Original Sentence: **Two years probation with the following special conditions: defendant shall make prompt and full financial disclosure to the probation department; defendant shall comply with the restitution order; and the defendant shall participate in mental health treatment and pay for the costs of services and medications, subject to her ability to pay as determined by the probation department. A $25 special assessment fee was imposed and $1,497.64 in restitution.**

Type of Supervision: **Probation**  Date Supervision Commenced: **June 4, 2004**

---

## PETITIONING THE COURT

☒ To extend the term of supervision for <u>one (1) year</u>, for a total term of <u>three (3) years</u> and to include the following modification to the conditions of probation:

The defendant shall have her term of supervision extended by one year or until the restitution balance is paid in full, whichever is satisfied first.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

## CAUSE

Since the commencement of the probationer's supervision, she has either had sporadic jobs and/or collected public assistance to support herself and her young daughter. Due to this financial instability, the probationer did not make restitution payments. She has paid a total of $250 toward her restitution. In March 2006, the probationer secured full-time employment with Party City on Staten Island, New York as the store manager and resumed payments towards her restitution, leaving a balance of $1247.64. The probationer has agreed to this extension and has executed a waiver of hearing. She feels confident that she will be able to satisfy the outstanding balance by September 2006. The probationer is scheduled to terminate supervision on June 15, 2006. A copy of the Probation Form 49 is included for the Court's review.

Respectfully submitted by,

Gwendolyn Munley
Senior U.S. Probation Officer
Date: 6/12/06

Approved by,

Andrew Bobbe
Chief Deputy Chief U.S. Probation Officer
Date: June 12, 2006

THE COURT ORDERS:

☒ The Extension of Supervision as Noted Above

☐ Other

_____
Signature of Judicial Officer

June 12, 2006
Date

PROB 49
(NYEP-10/28/05)

# United States District Court

## EASTERN DISTRICT OF NEW YORK

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision: wing modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall have her term of supervision extended by one year or until the restitution balance is paid in full, whichever is satisfied first.

Witness: _____ Signed: _____
U.S. Probation Officer                     Probationer or Supervised Releasee

Date: 6/9/06